IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JOE SABO, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:19-cv-00115-M-BP |
| NETSPEND / TRANSACT BY 7 ELEVEN, | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 26th day of March, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE